UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/18/2021
```

**Denette J. Ligon, individually and as the representative of a class of similarly situated persons,**

                **Plaintiff,**

        **-against-**

**Smashbox Beauty Cosmetics, Inc.,**

                **Defendant.**

1:21-cv-06597 (RA) (SDA)

AMENDED ORDER SCHEDULING
<u>SETTLEMENT CONFERENCE</u>

**STEWART D. AARON, United States Magistrate Judge:**

        A settlement conference is scheduled before Magistrate Judge Stewart Aaron on Thursday, November 18, 2021 at 10:00 a.m. The conference will be conducted via videoconference. The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at https://nysd.uscourts.gov/hon-stewart-d-aaron.

**SO ORDERED.**

Dated:      New York, New York
              October 18, 2021

                                                    _____
                                                    STEWART D. AARON
                                                    United States Magistrate Judge