**SHAKED LAW GROUP, P.C.**
ATTORNEYS-AT-LAW
14 HARWOOD COURT, SUITE 415
SCARSDALE, NEW YORK 10583

_____

TEL. (917) 373-9128
ShakedLawGroup@Gmail.com

December 17, 2021

Hon. Ronnie Abrams
U.S. Magistrate Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: **Denette J. Ligon, et al. v. Smashbox Beauty Cosmetics, Inc.**
**Case No. 21-cv-6597-RA**
**Request to Extend Deadline to File Stipulation of Dismissal**

Dear Judge Abrams:

The undersigned represents the Plaintiff in the above referenced matter. On November 3, 2021, your Honor ordered that, in light of the settlement of the case, the case is discontinued "without prejudice to restoring the action to this Court's docket" on or before December 17, 2021."

The parties truly anticipated that this matter would be wrapped up by December 17. However, it now appears that Defendant needs additional time to consummate the terms of the settlement. Consequently, the parties request that the Court respectfully extend the parties' deadline to file the Stipulation of Dismissal to January 14, 2022. It should be noted that there are no issues are in dispute.

This application is made with the consent of all parties.

Thank you for your consideration.

Very truly yours,
/s/ *Dan Shaked*
Dan Shaked, Esq.

cc: Matthew S. Kenefick, Esq.

Application granted. If the parties seek to have the Court retain jurisdiction to enforce a settlement agreement, the terms of the agreement must be placed on the public record and "so ordered" by the Court by January 14, 2022. *See Hendrickson v. United States*, 791 F.3d 354, 358 (2d Cir. 2015).
SO ORDERED.

_____
Hon. Ronnie Abrams
December 21, 2021