**SHAKED LAW GROUP, P.C.**

ATTORNEYS-AT-LAW

14 HARWOOD COURT, SUITE 415

SCARSDALE, NEW YORK 10583

_____

TEL.  (917) 373-9128

ShakedLawGroup@Gmail.com

January 14, 2022

Hon. Ronnie Abrams
U.S. Magistrate Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:     **Denette J. Ligon, et al. v. Smashbox Beauty Cosmetics, Inc.**
        **Case No. 21-cv-6597-RA**
        <u>**Request to Extend Deadline to File Stipulation of Dismissal**</u>

Dear Judge Abrams:

The undersigned represents the Plaintiff in the above referenced matter.  On December 21, 2021, your Honor ordered that, in light of the settlement of the case, the case is discontinued without prejudice to restoring the action to this Court's docket on or before January 14, 2022."

Defendant has processed the settlement payment and due to COVID related delays Plaintiff has yet to receive it.  The parties request that the Court respectfully extend the parties' deadline to file the Stipulation of Dismissal to January 31, 2022. In the even that the terms of the settlement are not consummated by January 31, 2022, Plaintiff respectfully requests that the case be restored to the Court's calendar and that an initial conference be scheduled.  It should be noted that there are no issues are in dispute.

This application is made with the consent of all parties.

Thank you for your consideration.

Very truly yours,
/s/ *Dan Shaked*
Dan Shaked, Esq.

cc: Matthew S. Kenefick, Esq.

The parties shall have until January 31, 2022 to seek to restore this action to the Court's docket.  To the extent the parties seek the Court to retain jurisdiction to enforce the settlement agreement past that date, they must file the settlement agreement on the docket for the Court's endorsement by January 31, 2022.
SO ORDERED.

_____

Hon. Ronnie Abrams
January 19, 2022